# ELECTRONIC RECORD

COA # 02-14-00142-CR          OFFENSE: 49.07

STYLE: Leticia McWilliams v. The State of Texas          COUNTY: Tarrant

COA DISPOSITION:     AFFIRM          TRIAL COURT: Criminal District Court No. 3

DATE: 12/18/2014          Publish: NO          TC CASE #:     1174887D

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Leticia McWilliams v. The State of Texas          CCA #:     **O42-15**

_APPELLANT'S_     Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE:     _____

_REFUSED_          JUDGE:     _____

DATE: _03/04/2015_          SIGNED: _____          PC: _____

JUDGE: _Per Curiam_          PUBLISH: _____          DNP: _____

-----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD